IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS, | 1:07-cv-01185-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING IN PART FIRST MOTION TO EXTEND TIME |
| vs. | (DOCUMENT #19) |
| PEREZ, et al., | 20-DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 23, 2009, plaintiff filed a motion to extend time to file a second amended complaint and to file an Objection to the Magistrate Judge's Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **twenty (20) days** from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

Dated:  February 27, 2009           /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE